UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| ATLANTIC RECORDING CORPORATION, a Delaware corporation; CAPITOL RECORDS, INC., a Delaware corporation; UMG RECORDINGS, INC., a Delaware corporation; VIRGIN RECORDS AMERICA, INC., a California corporation; SONY BMG MUSIC ENTERTAINMENT, a Delaware general partnership; LAFACE RECORDS LLC, a Delaware limited liability company; ARISTA RECORDS LLC, a Delaware limited liability company; and BMG MUSIC, a New York general partnership,<br><br>                Plaintiffs,<br><br>vs.<br><br>Kayla Rose Gundrum,<br><br>                Defendant. | Case No. 3:07-cv-00552-bbc<br><br>**NOTICE OF DISMISSAL WITH PREJUDICE** |

Pursuant to FED. R. CIV. P. 41(a)(1)(i), Plaintiffs ATLANTIC RECORDING CORP., *et al.*, by and through their attorneys, voluntarily dismiss this case with prejudice, each party to bear its/her own fees and costs. The Clerk of Court is respectfully requested to close this case.

Respectfully submitted,

Dated: 01/15/08    By:  s/ Robert G. Wixson
                        Robert G. Wixson (SBN 1014930)
                        WINNER, WIXSON & PERNITZ
                        22 East Mifflin Street, Suite 702
                        P.O. Box 2626
                        Madison, Wisconsin 53701-2626
                        Telephone: (608) 257-0257
                        Facsimile: (608) 257-0078

ATTORNEYS FOR PLAINTIFFS

*Approved*
*Barbara B. Crabb*

1